

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00776-CR

Thad Demarco **HALE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 491235
Honorable Wayne A. Christian, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
          Karen Angelini, Justice
          Marialyn Barnard, Justice

Delivered and Filed:  December 23, 2015

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH